UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:15-1165 |
| v. | :    (JUDGE MANNION) |
| **SHAWN WHITEBREAD,** | : |
| Defendant | : |

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's request to deem her motion for default judgment an application, (Doc. 13), is **GRANTED** and the court will consider the plaintiff's motion for default judgment, (Doc. 12), without a supporting brief.

**IT IS FURTHER ORDERED THAT:**

1. Pursuant to Federal Rule of Civil Procedure 55(b)(2), a hearing on damages will be conducted by the court **January 26, 2017 at 10:30 A.M.** in Courtroom 3 of the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, PA;

2. The plaintiff shall file a request for damages, costs, and fees, including specific calculations within each category **on or before December 23, 2016**. The plaintiff's request shall be accompanied by any appropriate evidence necessary to or in aid of the court's Rule 55 damages determination; and

3. The plaintiff shall serve a copy of this order, its accompanying memorandum, and the plaintiff's application for default judgment on the defendant, with proof of service to be filed **on or before December 9, 2016**.

                                             s/ *Malachy E. Mannion*
                                             **MALACHY E. MANNION**
                                             **United States District Judge**

**Date: October 31, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1165-01-order.wpd