# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,** | : |
| **Plaintiff** | : CIVIL ACTION NO. 3:15-1165 |
| v. | : (JUDGE MANNION) |
| **SHAWN WHITEBREAD,** | : |
| **Defendant** | : |

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for default judgment, (Doc. 12), is **GRANTED IN PART**. The clerk shall enter judgment against the defendant with respect to the plaintiff's assault, battery, and Section 1983 claims as detailed in her complaint, (Doc. 1).

**IT IS FURTHER ORDERED THAT** the plaintiff's motion for damages, inclusive of attorneys' fees and costs, (Doc. 17), is **GRANTED IN PART** as follows:

(1) The plaintiff is awarded $100,000.00 in compensatory damages and $150,000.00 in punitive damages;

(2) The plaintiff is awarded $19,025.00 in attorneys' fees; and

(3) The plaintiff is awarded $653.00 as compensation for costs expended in this case.

The clerk shall enter judgment against the defendant in the amount specified above and close the case.

                                                      s/ *Malachy E. Mannion*
                                           **MALACHY E. MANNION**
                                           **United States District Judge**

**Date: February 14, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1165-02-order.wpd